CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 08 2023

LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

ASHRAF AL BABSEH,

and

RICKYS CHIPS, LLC,

      Plaintiffs,

v.

UTZ QUALITY FOODS, LLC,

      Defendant.

Civil Action No.:  4:23CV00004

## NOTICE OF REMOVAL

The Defendant, Utz Quality Foods, LLC, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully submits this Notice of Removal of this action from the Circuit Court of the City of Danville, Virginia, the court in which this case is presently pending, to the United States District Court for the Western District of Virginia, Danville Division. As grounds for removal, the Defendant states as follows:

### LITIGATION FACTS

1.      Plaintiffs, Ashraf Al Ababseh[1] and Rickys Chips, LLC (collectively, "Plaintiffs")

---

[1] Prior to the filing of this Notice of Removal, Plaintiffs filed a proposed Amended Complaint in state court seeking to correct typographical and inadvertent errors in the Complaint.  The proposed Amended Complaint had not been entered by the state court as of the time of filing this Notice of Removal. One typographical error in the original complaint was that the individual plaintiff's last name was misspelled in the caption of the case and in several other places in the original Complaint as "Al Babseh", but spelled correctly as "Al Ababseh" in other places in the original Complaint. Consistent with the proposed Amended Complaint, the correct spelling of the individual's last name is being used herein.

filed a Complaint against the Defendant in the Circuit Court of the City of Danville, Virginia bearing case number CL22-781. A copy of the Complaint is attached hereto as **Exhibit 1**.

2.  Defendant was served with a copy of the Summons and Complaint on January 19, 2023. Other than the Complaint, the only other pleading, process, and/or order that has been filed in this action to date is a motion for leave to file an amended complaint (to correct the erroneous spelling of the individual Plaintiff's last name and the erroneous allegation that Defendant is a Virginia limited liability company) and a related proposed order.

3.  This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because the citizenship of the named parties is completely diverse and the amount in controversy exceeds $75,000, exclusive of interests and costs.

## CITIZENSHIP OF THE PARTIES

4.  Plaintiff Ashraf Al Babseh alleges that he is a Virginia resident.

5.  Plaintiff Rickys Chips, LLC alleges that it is a Virginia limited liability company.

6.  Defendant is a Delaware limited liability company which is authorized and registered to conduct business in the Commonwealth of Virginia.[2]

7.  Limited liability companies ("LLCs") do not have citizenship based on their place of organization, but rather the citizenship of the LLC's members. "A limited liability company organized under the laws of a state is not a corporation and cannot be treated as such under Section 1332. It is an unincorporated association, akin to a partnership for purposes of diversity, whose

---

[2] The Complaint inaccurately alleges in paragraph 3 of the Complaint that Defendant is a Virginia LLC. As reflected in the Clerk's Information System on the official website of the Virginia State Corporation Commission, Utz Quality Foods, LLC is a Delaware Limited Liability Company that is registered to do business in Virginia. *See* https://cis.scc.virginia.gov/EntitySearch/BusinessInformation?businessId=924183&source=FromEntityResult&isSeries%20=%20false. *See also* the website of the Delaware Division of Corporations of the Delaware Secretary of State, at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx. Plaintiff's proposed Amended Complaint also corrects the allegation in paragraph 3 of the Complaint and now states that Defendant is a Delaware LLC.

citizenship is that of its members." *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004) (citations omitted).

8. On information and belief, Rickys Chips, LLC is a single member LLC and that member is Plaintiff Ashraf Al Babseh, a Virginia resident and a citizen of Virginia. Accordingly, Rickys Chips, LLC is a citizen of Virginia.

9. Defendant is a Delaware LLC that is a citizen of Delaware and Pennsylvania (and not a citizen of Virginia). Defendant's members and their respective citizenships, including the citizenship of all members of Defendant that are themselves limited liability companies and all individuals and entities that are members of any such limited liability companies or limited partners who are members of a limited partnership member of a limited liability company, all of which collectively comprise every individual and entity whose citizenship is attributed to Defendant, are as follows:

Utz Quality Foods, LLC – Delaware and Pennsylvania; Utz Brands Holdings, LLC – Delaware and Pennsylvania; Utz Brands, Inc. – Delaware and Pennsylvania; Series U of UM Partners, LLC – Pennsylvania; UQF Holdings, Inc. – Pennsylvania; Stacie R. Lissette 2012 Generations Trust – Pennsylvania; Michael W. Rice – Pennsylvania; Stacie R. Lissette – Pennsylvania; Exempt Family Trust Under the Michael W. Rice 2009 Family Trust – Pennsylvania; Michael W. Rice 2010 Multigenerational Trust – Pennsylvania; SRS GP, LLC – Pennsylvania; Series R of UM Partners, LLC – Pennsylvania; Rice Investments II, L.P. – Delaware and Pennsylvania; Stacie R. Lissette Exempt Trust Under the Michael W. Rice 2004 Multigenerational Trust – Pennsylvania; Matthew S. Rice Exempt Trust Under the Michael W. Rice 2004 Multigenerational Trust – Pennsylvania; Stacie R. Lissette 2012 Generations Trust – Pennsylvania.

10. Accordingly, there is complete diversity of citizenship between the parties as required for removal because Plaintiffs are citizens of Virginia and Defendant is a citizen of Delaware and Pennsylvania.

## AMOUNT IN CONTROVERSY

11. The Complaint's prayer for relief is $250,000.

12. Based on the foregoing, the amount in controversy exceeds the jurisdictional requirement. 28 U.S.C. § 1441(a). Accordingly, this Court has jurisdiction over Plaintiffs' claim in this case, and this action is properly removed to this Court.

## REMOVAL

13. Because there is complete diversity of citizenship between the parties and because the Complaint on its face reflects an amount in controversy in excess of $75,000, the United States District Court for the Western District of Virginia, Danville Division, has original jurisdiction over this matter.

14. Pursuant to 28 U.S.C. § 1441, *et seq.*, the right exists to remove this case to the United States District Court for the Western District of Virginia, Danville Division, which embraces the place where the action is currently pending.

15. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days of service of both the Summons and Complaint in this matter, which were formally served on Defendant on January 19, 2023.

16. As required by 28 U.S.C. § 1446(d), the Defendant shall promptly provide notice of this Notice of Removal to Circuit Court of the City of Danville, Virginia and serve a copy of this Notice of Removal on the Plaintiffs' counsel.

WHEREFORE, the Defendant respectfully removes this case from the Circuit Court of the City of Danville, Virginia pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 to this Court.

Respectfully submitted this 8th day of February, 2023.

*/s/ Amanda M. Morgan*
Glenn W. Pulley (VSB No. 15677)
Amanda M. Morgan (VSB No. 70210)
Gentry Locke
801 Main Street, 11th floor (24504)
P. O. Box 6218
Lynchburg, VA 24505
Telephone:   434.455.9940
Facsimile:   540.983.9400
pulley@gentrylocke.com
morgan@gentrylocke.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2023 a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record and that a paper copy was sent by First Class Mail, postage prepaid, to the following:

>Panagiotis C. Kostopanagiotis, Esq.
>DANIEL, MEDLEY & KIRBY, P.C.
>110 North Union Street
>P. O. Box 720
>Danville, VA 24543-0720
>pck@dmklawfirm.com
>
>*Counsel for Plaintiffs*

*/s/ Amanda M. Morgan*