IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ASHRAF AL BABASEH,<br><br>and<br><br>RICKYS CHIPS, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>UTZ QUALITY FOODS, LLC,<br><br>      Defendant. | Civil Action No. 4:23-cv-00004-TTC |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Now comes Defendant Utz Quality Foods, LLC and moves the Court to enter an order enforcing the settlement agreement reached between the parties and dismissing this civil action with prejudice in accordance with the terms of the settlement agreement. The grounds for this Motion are set forth in a contemporaneously filed brief and accompanying Declaration by Richard J. Reibstein, counsel for Defendant admitted *pro hac vice* in this civil action.

Dated: June 21, 2023            Respectfully submitted,

                                           UTZ QUALITY FOODS, LLC

                                           By Counsel

GENTRY LOCKE

By: */s/ Glenn W. Pulley*
      Glenn W. Pulley (VSB No. 15677)
      Amanda M. Morgan (VSB No. 70210)
Gentry Locke
801 Main Street, 11th floor (24504)
P. O. Box 6218
Lynchburg, VA 24505
Telephone:    434.455.9940
Facsimile:    540.983.9400
pulley@gentrylocke.com
morgan@gentrylocke.com

LOCKE LORD LLP
Richard J. Reibstein (admitted *pro hac vice*)
200 Vesey Street, 20th Floor
New York, NY 10281
Telephone:    212.912.2797
Facsimile:    212.812.8377
rreibstein@lockelord.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2023 a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

                                                */s/ Glenn W. Pulley*