CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 16 2023
LAURA A. AUSTIN, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ASHRAF AL BABSEH, ET AL, | )<br>)<br>) Case No. 4:23-cv-00004<br>)<br>) **ORDER**<br>)<br>) By:   Hon. Thomas T. Cullen<br>)         United States District Judge |
| Plaintiffs, | |
| v. | |
| UTZ QUALITY FOODS, LLC, | |
| Defendant. | |

This matter is before the court on Defendant's motion to enforce settlement. (ECF No. 50.) The court referred the motion to Magistrate Judge Pamela Meade Sargent for a report and recommendation ("R&R"). *See* 28 U.S.C. § 636(b)(1)(B). On October 24, 2023, Judge Sargent filed her R&R, recommending that this court grant Defendant's motion to enforce the settlement and dismiss this case with prejudice. (*See* ECF No. 60.) Under 28 U.S.C. § 636(b)(1)(C), the parties had 14 days to file objections to Judge Sargent's R&R, but no party objected. The court has reviewed the R&R and agrees with Judge Sargent's conclusions and recommendation.

Accordingly, it is hereby **ORDERED** that the R&R is **ADOPTED** in its entirety and Defendant's motion to enforce settlement is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** under the terms of the binding settlement agreement entered into by the parties.[1] The clerk shall **STRIKE** this case from the court's active docket.

---

[1] The court will retain jurisdiction to enforce the terms of the settlement agreement, as necessary.

- 2 -

The clerk is directed to forward a copy of this Order to the parties.

**ENTERED** this 16th day of November, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE
